ANTHONY J. SPERBER, No. 197962
LAW OFFICE OF ANTHONY J. SPERBER
1808 Sixth Street
Berkeley, California 94710-2003
Tel: (510) 845-8844; (510) 845-1998
anthony@sperberlaw.com

Attorney for Plaintiff
Marva A. Kaywood


HENRY S. HEWITT, No. 40851
CLAUDIA J. GORHAM, No. 142344
ERICKSON, BEASLEY, HEWITT & WILSON LLP
483 Ninth Street, Suite 200
Oakland, California  94607
Tel: (510) 839-3448; Fax: (510) 839-1622
hhewitt@ebhw.com

Attorneys for Defendant
Mills College

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVA A. KAYWOOD, <br><br> Plaintiff, <br><br> v. <br><br> MILLS COLLEGE, a California non-profit corporation, <br><br> Defendant. | No. C 04-03706 MMC (ADR) <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFF TO FILE SECOND AMENDED COMPLAINT** |

This Stipulation is based on the following:

A.    On May 31, 2005, the Court granted Defendant Mills College's motion to dismiss the First, Second, Third, Fourth, Fifth, Seventh, Eighth, Tenth, Eleventh, Twelfth, Thirteenth and Fifteenth Causes of Action in the First Amended Complaint with leave to amend.  The Ninth Caused of Action to the extent it alleges a claim for disability discrimination

1  in violation of FEHA was also dismissed with leave to amend.

2      B.    The May 31, 2005 Order required that a Second Amended Complaint, if any, be
3  filed no later than June 17, 2005.

4      C.    A settlement conference was scheduled before Magistrate Judge Bernard
5  Zimmerman on June 22, 2005.

6      D.    Plaintiff had been proceeding in *pro se*.  Plaintiff, subject to providing a deposit,
7  had retained an attorney, Anthony Sperber.  Mr. Sperber informed the Plaintiff that his schedule
8  would not permit him to work on her case until July 2005.

9      E.    On June 15, 2005, Judge Maxine M. Chesney ordered the time for plaintiff to
10 file a Second Amended Complaint to be extended from June 17, 2005 to August 12, 2005 and
11 that the settlement conference scheduled for June 22, 2005 vacated, to be rescheduled by
12 Magistrate Judge Zimmerman for a date after September 1, 2005.

13     F.    On June 17, 2005, Magistrate Judge Bernard Zimmerman ordered that the
14 settlement conference be rescheduled to Tuesday, September 20, 2005.

15     G.    Plaintiff has now retained an attorney, Anthony Sperber.  Mr. Sperber has
16 requested copies of the plaintiff's employee file and hour/wage documentation.  Said documents
17 are to be provided to Mr. Sperber by defense counsel on August 10, 2005.

18     H.    Mr. Sperber requests additional time to review these documents prior to drafting
19 the Second Amended Complaint.  However, Mr. Sperber is out of the office and has other
20 responsibilities prior to August 12, 2005, and therefore, requests an extension of time to file the
21 Second Amended Complaint.

22     Now therefore, IT IS HEREBY STIPULATED by Plaintiff Marva Kaywood and
23 Defendant Mills College that:

24     1.    The time for Plaintiff to file a Second Amended Complaint, if any, is extended
25 from August 12, 2005 to August 19, 2005 or a date to be set by the Court pursuant to this
26 stipulation.

27

28

Dated: August  9 , 2005

     /s/
Anthony J. Sperber

LAW OFFICE OF ANTHONY J. SPERBER

Attorney for Plaintiff Marva A. Kaywood

Dated: August  9 , 2005

     /s/
Claudia J. Gorham

ERICKSON BEASLEY HEWITT & WILSON LLP

Attorneys for Defendant Mills College

1 **[PROPOSED] ORDER**

2    Pursuant to Stipulation, IT IS HEREBY ORDERED that:

3    1.   The time for Plaintiff to file a Second Amended Complaint, if any, is extended

4 from August 12, 2005 to August 19, 2005, 2005.

6    IT IS SO ORDERED.

8 Dated: August 11, 2005

_____
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

22 Q:\Mills College\Kaywood 1294\Pld\Stip re SAC.wpd

STIP AND [PRPD] ORDER EXT TIME
FOR PLTF TO FILE SECOND AMND
CMPLT                                        4                         USDC No. C 04-03706 MMC (ADR)