IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVA A. KAYWOOD,<br><br>    Plaintiff,<br><br>  v.<br><br>MILLS COLLEGE,<br><br>    Defendant                          / | No. C-04-3706 MMC<br><br>**ORDER STRIKING PLAINTIFF'S NOTICE** |

The Court is in receipt of a "Notice of Dismissal" filed August 19, 2005 by plaintiff Marva A. Kaywood, rather than by her counsel of record on her behalf. Represented parties cannot file documents other than through counsel. Accordingly, plaintiff's notice is hereby STRICKEN.[1]

**IT IS SO ORDERED.**

Dated: August 30, 2005

MAXINE M. CHESNEY
United States District Judge

---

[1] Moreover, it is unclear what action plaintiff seeks. Although plaintiff states she wishes to dismiss her complaint, her stated reason is that she "recently hired an attorney to represent [her] in this matter," (see Notice), which reason appears inconsistent with a desire to abandon the action.