1  ANTHONY J. SPERBER, No. 197962
   LAW OFFICE OF ANTHONY J. SPERBER
2  1808 Sixth Street
   Berkeley, California 94710-2003
3  Tel: (510) 845-8844; (510) 845-1998
   anthony@sperberlaw.com
4
   Attorney for Plaintiff
5  Marva A. Kaywood

6
   HENRY S. HEWITT, No. 40851
7  CLAUDIA J. GORHAM, No. 142344
   ERICKSON, BEASLEY, HEWITT & WILSON LLP
8  483 Ninth Street, Suite 200
   Oakland, California 94607
9  Tel: (510) 839-3448; Fax: (510) 839-1622
   hhewitt@ebhw.com
10
   Attorneys for Defendant
11 Mills College

12

13
                      UNITED STATES DISTRICT COURT
14
                     NORTHERN DISTRICT OF CALIFORNIA
15

16
   MARVA A. KAYWOOD,              )   No. C 04-03706 MMC (ADR)
17                                )
              Plaintiff,           )
18                                )   STIPULATION AND [~~PROPOSED~~]
       v.                         )   ORDER DISMISSING ACTION
19                                )   WITHOUT PREJUDICE
   MILLS COLLEGE, a California non-profit ) [Rule 41(a)(ii)]
20 corporation,                   )
                                  )
21            Defendant.          )
                                  )
22 _____)

23

24      Pursuant to Rule 41(a)(ii) of the Federal Rules of Civil Procedure, IT IS HEREBY

25 STIPULATED by plaintiff Marva Kaywood and defendant Mills College, through their

26 respective counsel, that this action, and each cause of action alleged therein, is dismissed

27

28

1 | without prejudice. I hereby attest that I have on file all holograph signatures for any signatures
2 | indicated by a "conformed" signature (/S/) within this efiled document.

3

4 | Dated: September 1^, 2005                    _____
                                                  Anthony J. Sperber
5 |                                               LAW OFFICE OF ANTHONY J. SPERBER
                                                  Attorney for Plaintiff Marva A. Kaywood
6

7

8 | Dated: September 12, 2005                    _____/S/_____
9 |                                               Henry S. Hewitt
                                                  ERICKSON BEASLEY HEWITT & WILSON LLP
10                                                Attorneys for Defendant Mills College

11

12
            Pursuant to Stipulation, IT IS SO ORDERED that:
13

14

15 | Dated: September 14, 2005                   _____
                                                  THE HONORABLE MAXINE M. CHESNEY
16                                                UNITED STATES DISTRICT JUDGE

17

   Q:\Mills College\Kaywood 1294\Pld\Stip+Order Dismiss Action.wpd
18

19

20

21

22

23

24

25

26

27

28